IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

REGAN BENSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
HANS LEVENS, in his individual and official capacities,
JOEL BELL, in his individual and official capacities,
AARON SANCHEZ, in his individual and official capacities,

    Defendants.

## DECLARATION OF REGAN BENSON

I, Regan Benson, declare under penalty of perjury under the law of Colorado that the following is true and correct to the best of my knowledge and information:

1. My name is Regan Benson. I am over the age of twenty-one years old and am otherwise competent to testify. I make the following statements based upon my personal knowledge.

2. I am a vocal advocate for homelessness rights in Denver. I run my own nonprofit organization, Helping Hands For Dignity, that provides support for houseless individuals in South Denver and surrounding communities. I help houseless individuals in various ways, and I am consistently serving my community in South Denver and the surrounding communities by speaking with homeless individuals, ensuring that homeless individuals make important appointments, working with homeless individuals to obtain housing, helping homeless individuals clear warrants, and trying to get homeless individuals possessions back when they are

stolen by the Denver Police Department ("DPD") and its officers. Because of the DPD misconduct I have seen in the treatment of homeless individuals, I am a passionate advocate for not only the homeless, but also for police reform. I vocally advocate against homeless sweeps and the criminalization of poverty. I am also a vocal critic of DPD misconduct.

3. Because of my criticism of the DPD, I am well-known by the DPD. DPD officials, from the chief of police down to officers on the street, know my name. I have been repeatedly targeted by DPD officers, through arrests, harassment, and intimidation, because I regularly criticizes DPD officers and film them in the performance of their duties. Commander Hans Levens, Commander Joel Bell, and Division Chief Aaron Sanchez all know who I am and about my advocacy.

4. On January 25, 2025, I emailed the DPD Public Information Office to request information about joining the UOF Review Board. A true and correct copy of that email is below:

> Hello-
>
> I would like information on the process to be on the use of force board.
>
> Thank you.
>
> Regan M Benson
> Sent from my iPhone

5. In response, an unnamed member of the DPD PIO emailed me and told me the process for joining the UOF Review Board (including that I would need to be nominated by either a City Council member or DPD official). A true and correct copy of that email is below:

> Hello,
>
> The policy regarding Use of Force Board Procedures is available in the Operations Manual Section 105.05. Current policy is that two community members "selected and trained by the department" are voting members of the Use of Force Board.
>
> City Council members and DPD personnel nominate names of individuals who are reliable, unbiased, and have a vested interest in serving the community through the Use of Force Board process. The nominees will undergo a background check, participate in a ride-along with a DPD officer, and attend a Community Academy. After completing these steps, if the nominee is interested in joining the Use of Force Review Board, they will interview with representatives of the DPD, the Office of the Independent Monitor (OIM), and/or the COB for final selection.
>
> 1. Selected candidates will undergo training including a hands-on training on all forms of DPD's Less-Lethal alternatives, and instruction on The Crisis Intervention Team (CIT) Program and DPD Policies including Use of Force and Firearms
> 2. Selected candidates must be willing to participate in a minimum of two Board meetings per year (including 20 – 30+ hours of case review prior to each Board meeting) for a term of three years and sign a confidentiality declaration. Depending on the number of Board reviews that may be needed, and the number of community Board members available, actual participation may vary.
>
> &lt;image001.png&gt;    Media Relations Unit
> Denver Police Department | City and County of Denver
> Phone: (720) 913-6028 | 24/7 Media: (720) 663-8203
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

6. I responded by inquiring how exactly nominations happen. A true and correct copy of that email is below:

> Thank you for the information.
>
> What is the more defined process of HOW cc members and DPD personnel make the nominations? I'm not finding that process in any policies or within city charter.
>
> Regards
> Regan M. Benson
>
> "The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

7. The unnamed member of the DPD PIO did not provide additional information, but referred me to DPD Commander Hans Levens. A true and correct copy of that email is below:

> Hello,
>
> There is no other charter or policy related to selecting someone for the board. As previously stated in the email, City Council members and DPD personnel nominate names of individuals who are reliable, unbiased, and have a vested interest in serving the community through the Use of Force Board process. Once they complete the requirement to participate in a police ride along and attend a community academy, they will interview with representatives of the DPD, the Office of the Independent Monitor (OIM), and/or the COB for final selection. Any suggestions for nominees can be emailed to Commander Hans Levens(Hans.Levens@denvergov.org).
>
> Thank you,
>
> <image001.png>   Media Relations Unit
> Denver Police Department | City and County of Denver
> Phone: (720) 913-6028 | 24/7 Media: (720) 663-8203
>
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

8. I followed up by asking a clarifying question seeking to determine whether it was true that, without a nomination, a citizen cannot serve on the UOF Review Board. A true and correct copy of that email is below:

> Thank you.
>
> So if a person is not "nominated" by DPD and city council members, they cannot begin the process of completing the other requirements?
>
> Regan M Benson
> Sent from my iPhone

9. The unnamed member of the DPD PIO confirmed to me that, without a nomination, a citizen cannot serve on the UOF Review Board. A true and correct copy of that email is below:

> Correct. The first step would be the nomination. Then the other requirements would need to be completed.
>
> Thanks,
>
> <image001.png>   Media Relations Unit
> Denver Police Department | City and County of Denver
> Phone: (720) 913-6028 | 24/7 Media: (720) 663-8203
>
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

10. I, seeking to serve on the UOF Review Board, asked additional questions about how an individual can be nominated. A true and correct copy of that email is below:

> What are the requirements for the nomination from DPD?
> How many members of cc are required for a nomination?
>
> Regan M Benson
> Sent from my iPhone

11. When the unnamed member of the DPD PIO did not respond to my email, I reached out to Commander Levens via email to seek further clarification on the process to join the UOF Review Board. A true and correct copy of that email is below:

> Hello Commander Levens-
>
> I've been asking some questions through the PIO, not sure who's been responding because they wont sign their name to any of the communications but they've stopped responding to my questions and since they referred to you last as the person that takes nominations for the use of force review board, can you please provide me with these answers that I need.
>
> I've been told that to be part of the use of force board as a citizen, a nomination process must occur first and what I was told is not outlined in any DPD policy or charter language so I need to know:
>
> 1. How many city council members must nominate a person to you?
> 2. What is the DPD process for obtaining nominations? Does a person fill out a form? Ask you? Ask any DPD personnel for a recommendation? How does DPD personnel give and get a nomination to you, for a citizen requesting participation in the use of force review board?
>
> Thank you.
>
> Regards
> Regan M. Benson
>
> "The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

12.     Commander Levens answered my questions, then asked if I was inquiring because I wanted to serve on the UOF Review Board. A true and correct copy of that email is below:

> Regan,
>
> There is no specific number of individuals that city council must nominate. If a city council member nominates an individual to go through the process to potentially sit on the UOF board then that city council person is putting their name behind that community member and is affirming that their nominee is reliable, unbiased, and has a vested interest in serving the community through the Use of Force Board process. DPD personnel (primarily command officers) may refer an individual with the belief that that person is reliable, unbiased, and has a vested interest in serving the community through the Use of Force Board process. Any potential nominations or community members that would be good candidates are then forwarded to me where I will establish communication with them and ask that they participate in a DPD ride-along to start. Community members must be residents of Denver. If a community member has an interest in participating in the UOF board, they can reach out to the Commander in the District in which they reside. I will vet any interested community members before deciding to proceed with a background check and potential interviews.
>
> Are you inquiring for yourself?
>
> Thanks,
>
> <image001.png>                                   Hans Levens | Commander

13.     I responded that I was, indeed, asking about the UOF Review Board process because I wished to join the UOF Review Board, and asked Commander Levens an additional question about the process. A true and correct copy of that email is below:

> I am inquiring for myself, yes. This is also the first time it's been mentioned a person must be a Denver resident. But understandable.
>
> So the city council /command staff nomination is a may not a must, process?
>
> Regan M Benson
> Sent from my iPhone

14. In response, Commander Levens told me that there was an exception to the nomination requirement, which was that Commander Levens would assess those who might be interested in joining the UOF Review Board, but had not been nominated, on a case-by-case basis. A true and correct copy of that email is below:

> If an individual does not get nominated by CC or a Commander, they can reach out to me. I will look at those persons who may be interested on a case-by-case basis.
>
> <image001.png>
>
> **Hans Levens** | Commander
> Denver Police Department | Conduct Review Bureau
> City and County of Denver
> phone: (720) 913-6528
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

15. A few hours after receiving this information from Commander Levens, I emailed DPD Commander Joel Bell to seek a nomination to join the UOF Review Board. I reside in DPD District Three, and Commander Bell is the commander for District Three. I asked Commander Bell to nominate me to join the UOF Review Board. A true and correct copy of that email is below:

> Hello Commander Bell-
>
> I am writing to you as a follow to process defined to me by Commander Levens.
>
> While it is not defined in department policy or city charter, it is apparently considered part of an arbitrary process to receive a nomination to begin the process of serving on the use of force board for the Denver PD. I was told the nomination may be made the commander of the district I reside in. That is district 3.
>
> I am asking that you nominate me to begin this process. The process defined to me, is to nominate me by emailing Commander Levens. I'm not sure what process you require to nominate me, but please advise.
>
> Regards
> Regan M. Benson
>
> "The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

16. Commander Bell never responded to my email requesting a nomination. Instead, a few hours after emailing Commander Bell, I received an email from Commander Levens informing me that I would not be considered for the UOF Review Board because of my "history with DPD". It was clear to me that Commander Bell spoke with Commander Levens and that they jointly decided, and conspired, to reject me from joining the UOF Review Board because I have been a vocal critic of misconduct by the DPD. Commander Bell later confirmed to me that he spoke with Commander Levens about nominating me and decided not to nominate me after speaking with Commander Levens. A true and correct copy of the email from Commander Levens is below:

> Regan,
>
> I was advised that you reached out to Commander Bell, seeking a recommendation from him to be considered for the UOF board. I apologize, I believed that you lived outside of Denver. Either way, you will not be considered because of your history with DPD.
>
> Thanks,
>
> \<image001.png\>
>
> **Hans Levens** | Commander
> Denver Police Department | Conduct Review Bureau
> City and County of Denver
> phone: (720) 913-6528
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

17. My "history with DPD" is that I am a longstanding critic of the department. Further, I have successfully sued DPD on multiple previous occasions for violating my rights. Based on my observations, it was due to this measured, and valid, criticism of DPD that Commander Levens and Commander Bell barred me from even applying for the UOF Review Board.

18. In response to Commander Levens' email, I asked Commander Levens for clarification what he meant by my "history" with DPD. A true and correct copy of those emails are below:

> Commander Levens- I answered your question earlier when you asked me if I was inquiring for myself.
> Odd series of responses.
>
> "My history"?
>
> What about "my history" disqualifies me to sit on a citizen panel?
>
> Regan M Benson
> Sent from my iPhone

> Commander Levens-
>
> Who do I appeal your decision to, since I'm not getting a response as to why my history with DPD disqualifies me to go through this process?
>
> Regan M Benson
> Sent from my iPhone

19. In response, Commander Levens doubled down and made it abundantly clear that my history of criticism of the DPD was the reason for me being barred from joining the UOF Review Board and labeled me as "biased." A true and correct copy of that email is below:

> Regan,
>
> When I say, "because of your history with DPD", I'm referring to the fact that you are biased. We are looking for community members that are impartial. The Chief of Police is not available today, but you are welcome to email Division Chief Aaron Sanchez at aaron.sanchez@denvergov.org
>
> Thanks,
>
> <image001.png>
>
> **Hans Levens** | Commander
> Denver Police Department | Conduct Review Bureau
> City and County of Denver
> phone: (720) 913-6528
> 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

20. I appealed Commander Levens' decision to bar me from even applying to serve on the UOF Review Board to DPD Division Chief Aaron Sanchez. A true and correct copy of that email is below:

> Chief Sanchez-
>
> I am emailing you in response to Hans telling me that I cannot go through the process for the use of force board, citizen selection.

> He states I have a history with DPD so that disqualifies me because according to him, I am biased.
>
> So this communication is following his process after I asked him who I appeal his decision to.
>
> I am asking to go through the process to serve in the citizen capacity on the use of force board.
>
> Regards
> Regan M. Benson
>
> "The further society drifts from the truth, the more it will hate those that speak it." ~George Orwell

21. Chief Sanchez informed me that Commander Levens was the final policymaker for Denver with respect to the UOF Review Board application and nomination process. Chief Sanchez affirmed Commander Levens' decision, which was based on my criticism of DPD, and continued to bar me for even applying to serve on the UOF Review Board. A true and correct copy of that email is below:

> Hello Regan,
>
> Thank you for your inquiry and interest in the Use of Force Review Board. Based on our process, the decision of Commander Levens is final. At this time, you will not be considered for the UFRB. I do appreciate your follow up.
>
> Thank you,
>
> 
> Aaron Sanchez | Division Chief of Patrol
> Denver Police Department | City and County of Denver
> 720-913-6527 Main |
> aaron.sanchezt@denvergov.org

22. To this day, I remain barred from even applying to serve on the UOF Review Board.

23. Prior to my banning from even applying to serve on the UOF Review Board, I have been repeatedly targeted by the DPD because of my criticism of the DPD. The retaliation was so unconstitutional that I filed two lawsuits.

24. In 2021, DPD officers retaliated against me because I was criticizing DPD officers. On August 22, 2021, my husband and I were driving near the 800 block of South Huron in Denver, Colorado when I saw multiple DPD officers sitting in their police vehicles in a private parking lot. My husband pulled over to the side of the road and parked. I then began filming the officers. Because the officers did not appreciate being scrutinized, and because they wanted to personally retaliate against me, the retaliated against me and my husband. The officers initiated a traffic stop, falsely claimed that my husband was blocking the roadway, and gave him a ticket in retaliation for my filming and advocacy criticizing the DPD. After giving my husband a bogus citation for allegedly blocking the roadway, the officers left us parked in the exact same spot they claimed was blocking the roadway. At a later court date, a Denver County court judge found that Defendants had no basis to cite my husband, stated on the record that the ticket was retaliatory, and summarily dismissed the charges against him. Despite the fact that he had been caught red-handed, one of the DPD officers continued his retaliatory actions. He hid from the judge, and my husband, that he had placed a hold on my husband's driver's license, which required that my husband had to re-test at the DMV in order to keep an active license. Because my husband did not know about this hold, his license expired, and he was later given a ticket for having an expired license after being pulled over for a traffic infraction. A later investigation by the DPD found that the officer purposefully retaliated against my husband and I for filming and criticizing the DPD, and that he violated our free speech rights. My husband and I filed a civil

rights lawsuit claiming that Denver violated our free speech rights and Denver settled our lawsuit for $100,000.

25. In 2021, I was retaliated against by Denver officials, including both DPD officers and a Denver City Attorney, because I spoke out at a public meeting about DPD misconduct. Because I was critical of the DPD's response to homelessness, I was banned from attending DPD Citizen Advisory Board ("CAB") meetings. I filed a civil rights lawsuit claiming that Denver violated my free speech rights. The lawsuit that sought to overturn my ban. That lawsuit was successful. Denver paid $30,000 to settle my claims. Included in the settlement was non-monetary relief, including reversing my ban on participating in the CAB meetings and allowing for the public to film during CAB meetings.

26. I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct to the best I can recall.

_Regan Benson (Jun 28, 2025 10:41 MDT)_　　　　　06/28/25

Regan Benson　　　　　　　　　　　　　　　　Date

# Exhibit 1 - Declaration Of Regan Benson

Final Audit Report                                                                                                       2025-06-28

| | |
|---|---|
| Created: | 2025-06-28 |
| By: | Andrew McNulty (andy@newman-mcnulty.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA46LNlpt8yC8XG75ubu81NwgxVKv8_Acq |

## "Exhibit 1 - Declaration Of Regan Benson" History

- Document created by Andrew McNulty (andy@newman-mcnulty.com)
  2025-06-28 - 4:27:15 PM GMT

- Document emailed to Regan Benson (regan@helpinghandsfordignity.org) for signature
  2025-06-28 - 4:27:22 PM GMT

- Email viewed by Regan Benson (regan@helpinghandsfordignity.org)
  2025-06-28 - 4:41:01 PM GMT

- Document e-signed by Regan Benson (regan@helpinghandsfordignity.org)
  Signature Date: 2025-06-28 - 4:41:58 PM GMT - Time Source: server

- Agreement completed.
  2025-06-28 - 4:41:58 PM GMT

Adobe Acrobat Sign