**Exhibit A**

# OPERATIONS MANUAL
DENVER POLICE DEPARTMENT



| 105.00 FORCE RELATED POLICIES | REVISED: 10/06/2023 |
|---|---|
| | PAGE: 1 OF 3 |

### 105.05 USE OF FORCE REVIEW BOARD

**(1)  USE OF FORCE BOARD PROCEDURES:**

The Chief of Police has established a Use of Force Review Board which will examine all incidents where serious bodily injury or death results from any officer-involved use of force, all intentional firearm discharges by active members of the department, any in-custody death, or any incident as directed by the Chief of Police. Those incidents described in OMS 105.01 (8) a. 2. will not be examined if the animal is a wild animal (not domesticated). Those incidents described in OMS 105.01 (8) a. 3-4 will not be examined. The Board is investigative in nature and is responsible for making recommendations on administrative matters, internal affairs investigations, department policy modifications, training, and commendations as they relate to use of force incidents.

    a.  Case Review:

        1.  The review of any case where a person has been injured or killed will be scheduled <u>after the completion</u> of the criminal investigation and the Chief of Police has received a written decision letter from the involved district attorney's office clearing the officer(s) and/or stating that the criminal process has concluded.

        2.  The review of non-injury firearm discharges will be scheduled after a final report on the incident has been completed.

        3.  The Division Chief of Administration (or designee) is responsible for notifying the Use of Force Board that a case is ready for review.

    b.  Case Presentation:

        1.  Use of Force Board meetings are held in closed sessions, with attendance limited to persons designated by the Chief of Police, or the Commander of the Conduct Review Board.

        2.  Case facts will be presented to the Board by an officer designated by the Division Chief of Administration (or designee). If a case involves a death, a Homicide Unit supervisor may make the presentation.

        3.  During presentation of the case, the involved officer(s) may have an observer present who was not involved in the incident under review, including witness testimony, but not during any Use of Force Board deliberations. The observer will not participate in any Use of Force Board proceedings.

    c.  Case Referral:

        The Board will make a finding regarding whether a case is in or out of policy, and:

- May refer a case to the involved officer's commander for consideration of a commendation.
- May refer a case to the Tactics Review Board.

**(2)  USE OF FORCE BOARD AUTHORITY:**

The Use of Force Board is authorized to take all appropriate steps in its review of firearm discharges and use of force incidents, including, but not limited to the actions listed below.

    a.  The Use of Force Board:

        1.  Will have access to all reports, photographs, video tapes, statements, and other documents relating to the incident.

        2.  Is empowered to call any officer witnesses needed to provide further clarification.

**OPERATIONS MANUAL**
DENVER POLICE DEPARTMENT

**105.00   FORCE RELATED POLICIES**                                                                PAGE: 2 OF 3

    3.    May invite any civilian witnesses needed to provide further clarification.

    4.    May direct that an additional investigation be conducted of the incident under review.

    5.    Must give the involved officer the opportunity to testify before the Board prior to an administrative case filing for violation of department rules and regulations, although the officer is not required to attend the hearing.  If the involved officer(s) decides not to attend the hearing, the hearing will be held in his/her absence.

**(3)   USE OF FORCE BOARD RESPONSIBILITIES:**

Following a full review of a use of force incident, the Use of Force Board Chair will ensure the following actions are taken on behalf of the Board:

a. Cases Requiring Further Investigation:  The Use of Force Board will document areas of where additional information is requested and forward its request to the Division Chief of Administration.  The Internal Affairs Bureau is responsible for gathering the requested information and once the information is obtained, the case will be resubmitted to the Use of Force Review Board.

b. No Policy Violation:  If the Use of Force Board has found that no departmental policy, procedure, rule or regulation has been violated:

    1.    First, the Chief of Police will be notified of this finding in writing.

    2.    If the Chief of Police concurs with this finding, copies of this notification will be provided to the involved officer and his/her commander.  One (1) copy will be placed in the involved officer's Internal Affairs Bureau file to be maintained per the records retention schedule.

c. Policy Violation:  If the Use of Force Board finds that any departmental policy, procedure, rule, or regulation appears to have been violated, the Chief of Police will be notified of this finding in writing.  The incident will then be referred to IAB which will then conduct any additional investigation determined to be necessary and forward the same to the Conduct Review Bureau in accordance with department policy.  As in all other disciplinary matters, final authority and responsibility for disciplinary action rests with the Chief of Police and/or the Executive Director of Safety.

d. Tactics Review:  If there is a question regarding tactics used in the incident, the Use of Force Board may forward the case to the Tactics Review Board for an opinion.  Any recommendations made by the Tactics Review Board regarding additional training or policy changes will be forwarded to the IAB/Conduct Review and/or the Chief of Police.

e. Policy or Training Modification:  The Use of Force Board may also make recommendations to the Chief of Police for any modification of department policy or training.

f. Commendation Recommendation:  The Use of Force Board may recommend that the involved officer(s) be considered for a commendation.  If supported, the involved officers' commander (or designee) will be responsible for submitting a formal request to the Commendations Board per OMS 503.03.

g. Chief's Authority: Nothing in this policy will be construed to limit the Chief of Police's authority or discretion to order additional investigation in any case for which the Use of Force Board has found no policy violation.

**(4)   USE OF FORCE BOARD RECORDS AND MEETINGS:**

All meetings and records of the Use of Force Board are confidential in nature and will not be disclosed to anyone without permission of the Chief of Police.

a. Confidentiality extends to the Use of Force Board members, officer's representative, officer's commander, advisory witnesses, and any other persons attending a Use of Force Board meeting.

b. After the Use of Force Board has made its findings and recommendation, all persons who participated in the Use of Force review will immediately return all records they received regarding the incident.  The Internal Affairs Bureau will collect and retain all records of the Use of Force Review Board.

**O P E R A T I O N S   M A N U A L**
D E N V E R   P O L I C E   D E P A R T M E N T

**105.00  FORCE RELATED POLICIES**                                                                        PAGE: 3 OF 3

       c.    In accordance with OMS 105.05 (1) a., within a reasonable time after the final report of an applicable use of force, an IAB staff member designated by the Internal Affairs Bureau Commander, in consultation with the Use of Force Board Chair, will determine the date and time of the meeting and will notify Board members.

**(5)  BOARD MEMBERSHIP:**
    a.    The commanding officer of the Conduct Review Bureau is the non-voting Use of Force Board Chair. Their responsibility to the Board includes:
        1.    Casting the deciding vote in the event of a tie.
        2.    Gathering any reports as needed.  This may be delegated to an IAB staff member.
        3.    Processing decisions and recommendations of the Use of Force Board.
        4.    Selecting a member of the department who has expertise in police tactics to serve as a non-voting advisory member of the Board.
    b.    The voting membership of the Use of Force Review Board will be comprised of the following:
        1.    Commander of the Major Crimes Bureau.
        2.    One (1) DPD commander – designated on a rotational basis.
        3.    Two (2) community members selected and trained by the department.
        4.    One (1) member from another Colorado law enforcement agency (per CRS 16-2.5-301(1)).  The Chief of Police (or designee) will select the partnering agency.
    c.    Use of Force Board findings will be by majority rule.
    d.    Community Board Members
        1.    These individuals must have received training as designated by the Chief of Police, which at a minimum will include instruction in:
- The Denver Police Department Use of Force Policy - OMS 105.01 and 105.02.
- Hands-on training on all forms of the department's less-lethal alternatives
- Overview of the Crisis Intervention Team (CIT) program
- Overview of firearms training and policy

        2.    These individuals will be rotated through the pool of qualified candidates and the Commander of the Conduct Review Bureau will make the assignments at the discretion of the Chief of Police.
    e.    Advisory Witnesses:
    The Use of Force Board Chair may call upon advisory witnesses as necessary.  These may include an assistant city attorney, the supervisor of the Firearms Unit, the department Less Lethal Coordinator, or the commanding officer of the Training Section.
    f.    Additional Attendees:
        1.    The involved officer's bureau, district or section commander, and division chief may be present for the hearing but may not cast a vote.
        2.    Other persons may only be present at the discretion of the Chief of Police or the Commander of the Conduct Review Bureau.

**(6)  APPOINTMENT OF TEMPORARY MEMBERS:**
Should any member of the Use of Force Review Board recognize a conflict of interest on an individual case or be unavailable to attend a meeting for any reason, the member will be excused, and a temporary replacement will be appointed by the Chief of Police or the Commander of the Conduct Review Bureau.