IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Case No.:   25-cv-02005-PAB | Date:  December 5, 2025 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

| _Parties:_ | _Counsel:_ |
|---|---|
| REGAN BENSON, | Andrew McNulty |
| | Madeline Leibin |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, a municipality, | Bernard Woessner |
| HANS LEVENS, in his individual and official capacities, | Caitlin Gemmill |
| JOEL BELL, in his individual and official capacities, | |
| AARON SANCHEZ, in his individual and official capacities, | |
| Defendant. | |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

**8:06 a.m.**    Court in session.

Appearances of counsel.

Plaintiff and Defendants are present and seated at counsel table.

The Court reviews Local Rule 83.1(d).

**ORDERED:**  Plaintiff's Motion in Limine [26] is DENIED, for reasons stated on the record.

Discussion regarding the untimely disclosure of materials and scheduling.

Plaintiff, Regan Benson, sworn in.

8:17 a.m.       Direct examination of Ms. Benson by Mr. McNulty.

**Plaintiff's Exhibits 14, 15, 8, 9, 10, 11, 12, 1, 2, 3, 4, 5, 6, 7 are admitted.**

8:50 a.m.       Cross examination of Ms. Benson by Mr. Woessner.

**Defendants' Exhibits T, P are admitted.**

9:38 a.m.       Redirect examination of Ms. Benson by Mr. McNulty.

Plaintiff's witness, Chief Ron Thomas, sworn in.

9:42 a.m.       Direct examination of Chief Thomas by Mr. McNulty.

9:54 a.m.       Cross examination of Chief Thomas by Mr. Woessner.

**Defendants' Exhibits B, C are admitted.**

10:05 a.m.      Redirect examination of Chief Thomas by Mr. McNulty.

10:12 a.m.      Redirect examination of Chief Thomas by Mr. Woessner.

**10:15 a.m.    Court in recess.**
**10:32 a.m.    Court in session.**

Plaintiff's witness, Commander Hans Levens, sworn in.

10:33 a.m.      Direct examination of Commander Levens by Mr. McNulty.

**Defendants' Exhibits F, G are admitted.**

11:07 a.m.      Cross examination of Commander Levens by Ms. Gemmill.

**Defendants' Exhibits E, D are admitted.**

11:23 a.m.      Redirect examination of Commander Levens by Mr. McNulty.

Defendants' witness, Commander Joel Bell, sworn in.

11:26 a.m.      Direct examination of Commander Bell by Mr. Woessner.

11:40 a.m.      Cross examination of Commander Bell by Mr. McNulty.

Defendants' witness, Deputy Chief Aaron Sanchez, sworn in.

11:43 a.m.      Direct examination of Deputy Chief Sanchez by Ms. Gemmill.

| | |
|---|---|
| **11:46 a.m.** | **Court in recess.** |
| **11:55 a.m.** | **Court in session.** |

Argument by Mr. McNulty and Mr. Woessner.

The court will continue its oral ruling at 3:00 p.m.

| | |
|---|---|
| **12:45 p.m.** | **Court in recess.** |
| **3:01 p.m.** | **Court in session.** |

Court states its findings of fact and conclusions of law.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction [2] is DENIED, for reasons stated on record.

| | |
|---|---|
| **4:00 p.m.** | **Court in recess.** |

Hearing concluded.
Total time in court:    5:12