# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      1:25-CV-02005-PAB

REGAN BENSON

    Plaintiff ,

v.

CITY AND COUNTY OF DENVER, a municipality,
HANS LEVENS, in his individual and official capacities,
JOEL BELL, in his individual and official capacities,
AARON SANCHEZ, in his individual and official capacities,

    Defendants.

## STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), the Parties stipulate to the dismissal of all claims against Defendants City and County of Denver, Hans Levens, Joel Bell, and Aaron Sanchez, with prejudice, and each party to bear their own costs and attorneys' fees.

DATED this 31st day of December, 2025.

| NEWMAN \| MCNULTY LLC | NATHAN DUMM & MAYER P. C. |
|---|---|
| *s/Andy McNulty* | *s/Bernard Woessner* |
| Andy McNulty | Bernard Woessner |
| Madeline Leibin | Caitlin L. Gemmill |
| Mari Newman | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of December, 2025 I filed the foregoing **STIPULATION TO DIMSISS CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** by courier delivery to the office of the clerk, and emailed a link to the same exhibits to the following:

Andy McNulty
Mari Newman
Madeline Leibin
1490 N. Lafayette Street
Suite 304
Denver, CO 80218
Phone: (720)850-5770
andy@newman-mcnulty.com
mari@newman-mcnulty.com
madeline@newman-mcnulty.com

.

                                                *s/Bernard Woessner*
                                                Bernard Woessner, #25867
                                                Caitlin L. Gemmill, #61110
                                                Attorneys for Defendants
                                                NATHAN DUMM & MAYER P.C.
                                                7900 E. Union Avenue, Suite 600
                                                Denver, CO 80237-2776
                                                Telephone: (303) 691-3737
                                                Facsimile: (303) 757-5106
                                                BWoessner@ndm-law.com
                                                cgemmill@ndm-law.com